# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132946(66)

DOUGLAS LATHAM,
        Plaintiff-Appellee,

v

BARTON MALOW COMPANY,
        Defendant-Appellant.
_____

SC: 132946
COA: 264243
Oakland CC: 04-059653-NO

      On order of the Chief Justice, the motion by plaintiff-appellee for extension to June 27, 2007 of the time for filing his supplemental brief is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 12, 2007

Clerk